IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHASITY BEASLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:15-cv-1738 ) |
| WHIRLY WEST, INC., d/b/a WHIRLYBALL, and SAMUEL ELIAS | ) ) ) Hon. Joan H. Lefkow |
| Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Chasity Beasley ("Plaintiff"), through her counsel, and Defendants, Whirly West, Inc. & Samuel Elias ("Defendants"), through their respective counsel, hereby agree and stipulate that this case be dismissed, in its entirety, with prejudice, all matters in controversy having been resolved, pursuant to the terms of the parties' Confidential Settlement Agreement and Release. The parties shall be responsible for their own attorneys' fees and costs, except for what has been set forth in the settlement agreement.

Dated: June 29, 2015

*s/ Ryan F. Stephan*
Ryan F. Stephan
Jorge A. Gamboa
STEPHAN ZOURAS, LLP
205 N. Michigan Ave., Suite 2560
Chicago, IL 60601
(312) 233-1550

COUNSEL FOR PLAINTIFF

*s/ Eric D. Kaplan*
Eric D. Kaplan
Nicholas J. Cioromski, Esq.
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street
Suite 2108
Chicago, IL 60601

COUNSEL FOR DEFENDANT